UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


**VERNA DIANNE DICKINSON and GREGORY DICKINSON**          **PLAINTIFFS**

**V.**                                                   **CIVIL ACTION NO.1:06CV198 LTS-RHW**

**NATIONWIDE MUTUAL FIRE INSURANCE CO., ET AL.**          **DEFENDANTS**


**ORDER GRANTING MOTION *IN LIMINE* TO EXCLUDE
EVIDENCE OF THE COURT'S RULINGS ON THE PARTIES' MOTIONS *IN LIMINE***

      Plaintiffs have moved the court *in limine* [177] to exclude from evidence any reference to the Court's rulings on the plaintiffs' motions *in limine*. I will grant this motion and make this ruling applicable to both the plaintiffs and the defendants. Evidentiary rulings simply determine which proffered evidence is admissible and which should be excluded. These determinations in and of themselves are not probative of any facts in dispute. Accordingly, reference to these rulings is inappropriate and inadmissible at trial save for reference to an *in limine* ruling as the basis for an objection during the proceedings.

      This motion [177] is **GRANTED**.

      **DECIDED** this 24th day of June, 2008.

                              s/ L. T. Senter, Jr.
                              L. T. SENTER, JR.
                              SENIOR JUDGE