# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**VERNA DIANNE DICKINSON and GREGORY DICKINSON**            **PLAINTIFFS**

**V.**                                          **CIVIL ACTION NO.1:06CV198 LTS-RHW**

**NATIONWIDE MUTUAL FIRE INSURANCE CO., ET AL.**            **DEFENDANTS**


## ORDER DENYING MOTION *IN LIMINE* TO EXCLUDE
## EVIDENCE OF THE DELIBERATIONS OF NATIONWIDE'S CLAIMS COMMITTEE

Plaintiffs have moved the court in limine [173] to exclude evidence of the deliberations of Nationwide's claims committee concerning the plaintiffs' claims.  Two entries in this fifty-four page document have been redacted on the grounds of attorney-client privilege.  I do not believe these two redactions are sufficient to support the exclusion from evidence of the deliberations of the committee.

Plaintiffs have requested that I inspect the redactions in camera, and I will grant that relief.

Accordingly, this [173] motion is **DENIED**, and Nationwide shall submit the redacted portions of this file for in camera inspection.

**DECIDED** this 26th day of June, 2008.


s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE