## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**VERNA DIANNE DICKINSON and GREGORY DICKINSON**          **PLAINTIFFS**

**V.**                                    **CIVIL ACTION NO.1:06CV198 LTS-RHW**

**NATIONWIDE MUTUAL FIRE INSURANCE CO., ET AL.**          **DEFENDANTS**

### ORDER GRANTING MOTION *IN LIMINE* TO EXCLUDE DEPOSITION TESTIMONY CONCERNING THE EMPLOYMENT OF PLAINTIFF GREGORY DICKINSON

Plaintiffs have moved the court *in limine* [176] to exclude from evidence portions of the plaintiffs' depositions concerning the employment of Plaintiff Gregory Dickinson by a foreign oil company.

The insured's employment has no relevance to any issue in dispute in this action.  I will permit Nationwide to ask Plaintiff Gregory Dickinson by whom he is employed and relevant details concerning his residence, his education, and use of the insured property.  But I will not permit a line of questioning that unduly emphasizes the fact the Gregory Dickinson works for a foreign oil company.

This motion [176] is **GRANTED**.

**DECIDED** this 26th day of June, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE