UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**VERNA DIANNE DICKINSON and GREGORY DICKINSON         PLAINTIFFS**

**V.                                             CIVIL ACTION NO.1:06CV198 LTS-RHW**

**NATIONWIDE MUTUAL FIRE INSURANCE CO., ET AL.            DEFENDANTS**

### ORDER GRANTING MOTION TO QUASH SUBPOENA *DUCES TECUM*

The Court has before it the motion [221] of Nationwide Mutual Fire Insurance Company and Nationwide Mutual Insurance Company (Nationwide) to quash the subpoena *duces tecum* requiring Marshall & Swift/ Boeckh, LLC, to produce documents related to the calculation of the inflation index applicable to the policy at issue. The subpoena is invalid in that it requires the production of documents by these Delaware concerns at the office of plaintiffs' counsel in Biloxi, Mississippi, a distance greater than 100 miles from these firms' offices.

I have this day ruled that the date that must be used to ascertain the increase in policy limits applicable to the plaintiffs' Nationwide policy is the renewal date of the policy in force at the time of the storm. I expect that the parties will reach a stipulation of the increase in policy limits based on the inflation calculation using this date. This will render the requested documents unnecessary.

The motion[221] To Quash Subpoena *Duces Tecum* is **GRANTED**.

**DECIDED** this 26th day of June, 2008.

                                                s/ L. T. Senter, Jr.
                                                L. T. SENTER, JR.
                                                SENIOR JUDGE